UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>    TERRORIST ATTACKS ON<br>    SEPTEMBER 11, 2001 | 03-MDL-1570 (GBD)(SN) |

Paul Asaro, individually, as surviving sibling of Carl Asaro

Peter Asaro, individually, as surviving sibling of Carl Asaro

Dolores Audiffred, individually, as surviving sibling of James Audiffred

Mark Anthony Barrett, Sr., individually, as surviving sibling of Renee Barrett-Arjune

Mark Anthony Barrett, Sr., as the Personal Representative of the Estate of Renee Barrett-Arjune, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Renee Barrett-Arjune

Edward Arjune, individually, as surviving child of Renee Barrett-Arjune

John Joseph Curtin, individually, as surviving sibling of Michael Curtin

Kathleen Wojslaw, individually, as surviving sibling of Michael Curtin

Jeanne Osterndorf, individually, as surviving sibling of Michael Curtin

James Devlin, individually, as surviving sibling of Dennis Devlin

John Duffy, individually, as surviving sibling of Michael Duffy

Barbara Duffy, individually, as surviving parent of Michael Duffy

Civil Docket Number:
_____

**IRAN SHORT FORM COMPLAINT AND DEMAND FOR TRIAL BY JURY**

docs-100328881.1

Barbara Duffy, as the Personal Representative of the Estate of Michael Duffy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Duffy

Marykay Kemper, individually, as surviving sibling of Michael Duffy

Jane Gollan, individually, as surviving sibling of Barbara G. Edwards

Douglas Evans, individually, as surviving sibling of Eric Evans

Iris J. Friedman, individually, as surviving sibling of Paul Friedman

Meryl Friedman Price, individually, as surviving sibling of Paul Friedman

James Friedman, individually, as surviving sibling of Paul Friedman

Thomas Gary, individually, as surviving child of Bruce Gary

Josefina Gonzalez, individually, as surviving parent of Rosa Gonzalez

Eneida Ramos, individually, as surviving sibling of Rosa Gonzalez

Lydia E. Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Esterlina Rivera, individually, as surviving sibling of Rosa Gonzalez

Reinaldo Ramos-Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Maria Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Nelida Gonzalez, individually, as surviving sibling of Rosa Gonzalez

2

Jose Gonzalez, individually, as surviving sibling of Rosa Gonzalez

Wesley Graf, individually, as surviving child of Edwin Graf

Mary Hasson, as the Personal Representative of the Estate of Joseph John Hasson, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph John Hasson, III

Mary Hasson, individually, as surviving spouse of Joseph John Hasson, III

Joseph John Hasson, IV, individually, as surviving child of Joseph John Hasson, III

Joseph John Hasson, Jr., individually, as surviving parent of Joseph John Hasson, III

Paulette Hasson, individually, as surviving parent of Joseph John Hasson, III

Victoria Zanotto, individually, as surviving sibling of Joseph John Hasson, III

Christopher Hasson, individually, as surviving sibling of Joseph John Hasson, III

Maria Rich, individually, as surviving sibling of Paul Innella

Shirley Innella, individually, as surviving parent of Paul Innella

Lisa Iraci, as Personal Representative of the Estate of Francis Kelly, deceased, the late sibling of Thomas William Kelly

Nancy Kelly, individually, as surviving sibling of Thomas Michael Kelly

Nancy Kelly, as Personal Representative of the Estate of Sylvia Kelly, deceased, the late parent of Thomas Michael Kelly

3

Yolanda Cerda, individually, as surviving spouse of Matthew Leonard

Yolanda Cerda, as the Personal Representative of the Estate of Matthew Leonard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Matthew Leonard

Christina Leonard, individually, as surviving child of Matthew Leonard

Samantha Allen, individually, as surviving child of Samantha Lightbourn-Allen

Michael Magee, individually, as surviving sibling of Charles Magee

Margaret Randazzo-Maloy, individually, as surviving spouse of Gene Maloy

Rosalie Marti, individually, as surviving parent of Michael Marti

Mario Truglio, as Personal Representative of the Estate of Rodger Marti, deceased, the late parent of Michael Marti

Mario Truglio, as the Personal Representative of the Estate of Michael Marti, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti

Nixia Mena-Alexis, individually, as surviving sibling of Diarelia Mena

Diana Mena, individually, as surviving parent of Diarelia Mena

Nixia Mena-Alexis, as Personal Representative of the Estate of Aurelio Mena, deceased, the late parent of Diarelia Mena

Sandra O'Connor Carey, individually, as surviving spouse of Keith O'Connor

Sandra O'Connor Carey, as the Personal Representative of the Estate of Keith O'Connor, deceased, and on behalf of all survivors and all legally

4

docs-100328881.1

entitled beneficiaries and family members of Keith O'Connor

Susan O'Connor, individually, as surviving parent of Keith O'Connor

Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor, deceased, the late parent of Keith O'Connor

Neil Peraza, individually, as surviving sibling of Robert Peraza

Neil Peraza, as the Personal Representative of the Estate of Robert Peraza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Peraza

Neil Peraza, as Personal Representative of the Estate of Robert D. Peraza, deceased, the late parent of Robert Peraza

Lee Gargano, individually, as surviving sibling of Karen Renda

Minerva Rosario, as the Personal Representative of the Estate of Aida Rosario, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Aida Rosario

Minerva Rosario, as Personal Representative of the Estate of Rodolfo Rosario, deceased, the late sibling of Aida Rosario

Amy Vazquez, individually, as surviving child of Aida Rosario

Jasmine DeJesus, individually, as surviving child of Aida Rosario

Farah Frenkel, individually, as surviving sibling of Rahma Salie

Christina Savas, individually, as surviving child of Anthony Savas

David Schlegel, individually, as surviving sibling of Robert Schlegel

5

Richard Schlegel, individually, as surviving sibling of Robert Schlegel

Elvin Schlegel, individually, as surviving parent of Robert Schlegel

Robert Davenport, individually, as surviving sibling of Antionette Sherman

Christopher Charles Clarke, individually, as surviving sibling of Antionette Sherman

Jamal Green, individually, as surviving child of Antionette Sherman

Perry Sikorsky, as Personal Representative of the Estate of George K. Sikorsky, deceased, the late parent of Gregory Sikorsky

Perry Sikorsky, as Personal Representative of the Estate of Luzia Sikorsky, deceased, the late parent of Gregory Sikorsky

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Khamladai Khami Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Roshan Ramesh Singh, deceased, the late sibling of Khamladai Khami Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, individually, as surviving parent of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as the Personal Representative of the Estate of Roshan Ramesh Singh, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Roshan Ramesh Singh

Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami

6

docs-100328881.1

Singh, deceased, the late sibling of Roshan Ramesh Singh

Leandra Hart, individually, as surviving child of Leon Smith

Alex Stone, individually, as surviving child of Lonny Jay Stone

Stacey Stone, individually, as surviving spouse of Lonny Jay Stone

Stacey Stone, as the Personal Representative of the Estate of Lonny Stone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lonny Jay Stone

Joshua Stone, individually, as surviving child of Lonny Jay Stone

Graeme Sword, individually, as surviving sibling of Derek O. Sword

Allan Sword, individually, as surviving sibling of Derek O. Sword

Irene Sword, individually, as surviving parent of Derek O. Sword

David Sword, individually, as surviving parent of Derek O. Sword

Luz Vale, individually, as surviving spouse of Ivan Vale

Luz Vale, as the Personal Representative of the Estate of Ivan Vale, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivan Vale

Clarissa Kirschenbaum, as Personal Representative of the Estate of Adolph Wald, deceased, the late parent of Victor Wald

Clarissa Kirschenbaum, as Personal Representative of the Estate of Fanni Wald, deceased, the late parent of Victor Wald

7

Robert Weingard, individually, as surviving sibling of Scott Weingard

Marc Weingard, as Personal Representative of the Estate of Bonnie Feldman, deceased, the late parent of Scott Weingard

Marc Weingard, individually, as surviving sibling of Scott Weingard

Marc Weingard, as the Personal Representative of the Estate of Scott Weingard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Weingard

Denise White, individually, as surviving child of John White

Lillian Zambrana, as Personal Representative of the Estate of Edwin Zambrana, Sr., deceased, the late parent of Edwin Zambrana

                                                Plaintiff(s),

                      -against-

Islamic Republic of Iran,

                                                Defendant.

Plaintiffs named herein by and through the undersigned counsel file this Iran Short Form Complaint against Defendant, the Islamic Republic of Iran ("Iran"), arising out of the September 11, 2001 terrorist attacks ("September 11, 2001 Terrorist Attacks"), as permitted and approved by the Court's Order of October 28, 2019, ECF No. 5234. Each Plaintiff incorporates by reference the specific allegations, as indicated below, of (a) the Federal Insurance and Ashton Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237, or (b) the Amended Complaint, Burnett v. Islamic Republic of Iran, No. 15-CV-9903 (GBD)(SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53.

8

docs-100328881.1

Upon filing this Short Form Complaint, each Plaintiff is deemed to have adopted all factual and jurisdictional allegations of the complaint that has been joined as specified below; all causes of action contained within that complaint; all prior filings in connection with that complaint; and all prior Orders and rulings of the Court in connection with that complaint.

Additionally, each Plaintiff incorporates the factual allegations and findings contained in those pleadings and orders filed at Havlish v. Bin Laden, No. 1:03-CV-9848 (GBD)(SN) (S.D.N.Y.), ECF Nos. 263, 294, 295; In re Terrorist Attacks on September 11, 2001, 03-MDL-1570 (GBD)(SN) (S.D.N.Y.), ECF Nos. 2430, 2431, 2432, 2433, 2473, 2515, 2516; and evidence submitted at the proceedings before the Honorable George B. Daniels on December 15, 2011 (ECF No. 2540).

## VENUE

1. Venue in this district is proper pursuant to 28 U.S.C. §§ 1391(b)(2) and 1391(f)(1), as a substantial part of the events giving rise to the claims asserted herein occurred in this district. Venue is also proper in this district pursuant to 18 U.S.C. § 2334(a).

## JURISDICTION

2. Jurisdiction against the Islamic Republic of Iran is premised on the grounds set forth in the complaints specified below, including but not limited to 28 U.S.C. § 1605(a) (tort exception to the Foreign Sovereign Immunities Act), 28 U.S.C. § 1605A (terrorism exception to the Foreign Sovereign Immunities Act), and 28 U.S.C. § 1605B (Justice Against Sponsors of Terrorism Act).

## CAUSES OF ACTION

3. Each Plaintiff hereby adopts and incorporates by reference all factual allegations, jurisdictional allegations, and jury trial demand, including all causes of action against the Islamic Republic of Iran, as set forth in the following complaint [**check only one complaint**]:

9

☐ <u>Federal Insurance</u> and <u>Ashton</u> Plaintiffs' Amended Consolidated Complaint Against Defendant, the Islamic Republic of Iran, ECF No. 3237

☒ Amended Complaint, <u>Burnett v. Islamic Republic of Iran</u>, No. 15-CV-9903 (GBD) (SN) (S.D.N.Y. Feb. 8, 2016), ECF No. 53

4.      In addition, each Plaintiff hereby asserts the following additional causes of action:

☒ Iran Short Form Complaint First Cause of Action to Recover Wrongful Death Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

☐ Iran Short Form Complaint First Cause of Action to Recover Personal Injury Damages Pursuant to 28 U.S.C. § 1605B (the Justice Against Sponsors of Terrorism Act or JASTA) and 18 U.S.C. § 2333 *et seq.* (the Anti-Terrorism Act or ATA)

As a factual basis for this cause of action, Plaintiff(s) allege that the allegations set forth in the complaint noted above, as well as the allegations set forth in the <u>Havlish</u> filings noted above, establish that, as set forth herein, the injuries they suffered arose from the September 11, 2001 Terrorist Attacks; Defendant's role in the September 11, 2001 Terrorist Attacks constituted acts of international terrorism that violated state and federal laws pursuant to 18 U.S.C. § 2331; that the September 11, 2001 Terrorist Attacks constituted acts of international terrorism committed, planned or authorized by an organization that had been designated as a foreign terrorist organization under 8 U.S.C. § 1189; that the September 11, 2001 Terrorist Attacks violated state and federal laws pursuant to 18 U.S.C. § 2331; and that Defendant aided and abetted, by knowingly providing substantial assistance, with others and/or conspired with others who committed an act or acts of international terrorism in violation of 18 U.S.C. § 2333 *et seq.*

docs-100328881.1

## IDENTIFICATION OF NEW PLAINTIFFS

5.     The following allegations and information are alleged on behalf of each individual who is bringing this claim, as indicated on Appendix 1 to this Iran Short Form Complaint, herein referred to as "Plaintiffs."

a.     The citizenship/nationality of each Plaintiff is indicated at Appendix 1 to this Iran Short Form Complaint.

b.     Plaintiff is entitled to recover damages on the causes of action set forth in the complaint identified above, as joined by this Iran Short Form Complaint, and as further asserted within this Iran Short Form Complaint.

c.     As indicated at Appendix 1, Plaintiff (i) is the estate representative of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; (ii) is the surviving immediate family member of someone who was killed as a result of the September 11, 2001 Terrorist Attacks; and/or (iii) suffered physical injuries as a result of the September 11, 2001 Terrorist Attacks.

d.     For those plaintiffs with personal injury claims, as indicated in Appendix 1, on or after September 11, 2001, said Plaintiff was present at the Pentagon and/or the World Trade Center site and/or its surroundings and/or lower Manhattan and/or at an area wherein he/she was exposed to toxins as a result of the terrorist attacks and was exposed to toxins from the attacks, and/or was otherwise injured, and/or as otherwise alleged, as stated specifically in Appendix 1.

e.     For those plaintiffs with personal injury and/or wrongful death claims, as indicated in Appendix 1, as a direct, proximate and foreseeable result of Defendant's actions or inactions, Plaintiff or his or her decedent suffered bodily injury and/or death, and consequently economic and other losses, including but not limited to pain and suffering, emotional distress, psychological injuries, and loss of enjoyment of life, and/or as described in the Iran Short Form Complaint, and/or as otherwise may be specified in subsequent discovery proceedings, and/or as otherwise alleged in Appendix 1.

f.     The name, relationship to the injured and/or deceased September 11 victim, residency, citizenship/nationality, and the general nature of the claim for each plaintiff asserting wrongful death and/or solatium claims is listed on the attached Appendix 1, and is incorporated herein as allegations, with all allegations of the related complaints, as specified above, deemed alleged as to each Plaintiff.

11

## IDENTIFICATION OF THE DEFENDANT

6.      The only Defendant named in this Iran Short Form Complaint is the Islamic Republic of Iran.

## NO WAIVER OF OTHER CLAIMS

7.      By filing this Iran Short Form Complaint, Plaintiffs are not waiving any right to file suit against any other potential defendants or parties.

8.      By filing this Iran Short Form Complaint, Plaintiffs are not opting out of any class that the Court may certify in the future.

## JURY DEMAND

9.      Each Plaintiff hereby demands a trial by jury as to the claims in this action.

WHEREFORE, Plaintiffs pray for relief and judgment against Defendant as set forth in this Iran Short Form Complaint as appropriate.

Dated: December 10, 2020

Respectfully submitted,


*/s/ Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce Strong, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: 212-278-1000
jgoldman@andersonkill.com
bstrong@andersonkill.com

*Attorneys for Plaintiffs*

12

docs-100328881.1

**APPENDIX 1**

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Iran Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Iran Short Form Complaint, Allegation 2 of Appendix 1 to the Iran Short Form Complaint, etc.

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 1 | Paul Asaro | NY | United States | Carl Asaro | Sibling | United States | Solatium |
| 2 | Peter Asaro | NY | United States | Carl Asaro | Sibling | United States | Solatium |
| 3 | Dolores Audiffred | NY | United States | James Audiffred | Sibling | United States | Solatium |
| 4 | Mark Anthony Barrett, Sr. | NY | United States | Renee Barrett-Arjune | Sibling | United States | Solatium |
| 5 | Mark Anthony Barrett, Sr. | NY | United States | Renee Barrett-Arjune | PR | United States | Solatium/Wrongful Death |
| 6 | Edward Arjune | NJ | United States | Renee Barrett-Arjune | Child | United States | Solatium |
| 7 | John Joseph Curtin | GA | United States | Michael Curtin | Sibling | United States | Solatium |
| 8 | Kathleen Wojslaw | NY | United States | Michael Curtin | Sibling | United States | Solatium |
| 9 | Jeanne Osterndorf | FL | United States | Michael Curtin | Sibling | United States | Solatium |
| 10 | James Devlin | IN | United States | Dennis Devlin | Sibling | United States | Solatium |
| 11 | John Duffy | NY | United States | Michael Duffy | Sibling | United States | Solatium |
| 12 | Barbara Duffy | NY | United States | Michael Duffy | Parent | United States | Solatium |
| 13 | Barbara Duffy | NY | United States | Michael Duffy | PR | United States | Solatium/Wrongful Death |
| 14 | Marykay Kemper | NY | United States | Michael Duffy | Sibling | United States | Solatium |
| 15 | Jane Gollan | AZ | United States | Barbara G. Edwards | Sibling | United States | Solatium |
| 16 | Douglas Evans | NJ | United States | Eric Evans | Sibling | United States | Solatium |
| 17 | Iris J. Friedman | MA | United States | Paul Friedman | Sibling | United States | Solatium |
| 18 | Meryl Friedman Price | MA | United States | Paul Friedman | Sibling | United States | Solatium |
| 19 | James Friedman | NJ | United States | Paul Friedman | Sibling | United States | Solatium |
| 20 | Thomas Gary | NY | United States | Bruce Gary | Child | United States | Solatium |

[1] For those identified as "PR," such claim is made as the Personal Representative of the Decedent's Estate and on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

[2] The PRs identified below are bringing solatium claims on behalf of all survivors and all legally entitled beneficiaries and family members of such Decedent as noted in the case caption.

docs-100328881.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 21 | Josefina Gonzalez | PA | United States | Rosa Gonzalez | Parent | United States | Solatium |
| 22 | Eneida Ramos | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 23 | Lydia E. Ramos-Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 24 | Esterlina Rivera | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 25 | Reinaldo Ramos-Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 26 | Maria Gonzalez | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 27 | Nelida Gonzalez | PA | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 28 | Jose Gonzalez | NJ | United States | Rosa Gonzalez | Sibling | United States | Solatium |
| 29 | Wesley Graf | GA | United States | Edwin Graf | Child | United States | Solatium |
| 30 | Mary Hasson | NY | United States | Joseph John Hasson, III | PR | United States | Solatium/Wrongful Death |
| 31 | Mary Hasson | NY | United States | Joseph John Hasson, III | Spouse | United States | Solatium |
| 32 | Joseph John Hasson, IV | NY | United States | Joseph John Hasson, III | Child | United States | Solatium |
| 33 | Joseph John Hasson, Jr. | NY | United States | Joseph John Hasson, III | Parent | United States | Solatium |
| 34 | Paulette Hasson | NY | United States | Joseph John Hasson, III | Parent | United States | Solatium |
| 35 | Victoria Zanotto | NY | United States | Joseph John Hasson, III | Sibling | United States | Solatium |
| 36 | Christopher Hasson | NY | United States | Joseph John Hasson, III | Sibling | United States | Solatium |
| 37 | Maria Rich | FL | United States | Paul Innella | Sibling | United States | Solatium |
| 38 | Shirley Innella | NJ | United States | Paul Innella | Parent | United States | Solatium |
| 39 | Lisa Iraci as Personal Representative of the Estate of Francis Kelly | NY | United States | Thomas William Kelly | Sibling (deceased) | United States | Solatium |
| 40 | Nancy Kelly | NY | United States | Thomas Michael Kelly | Sibling | United States | Solatium |
| 41 | Nancy Kelly as Personal Representative of the Estate of Sylvia Kelly | NY | United States | Thomas Michael Kelly | Parent (deceased) | United States | Solatium |
| 42 | Yolanda Cerda | NY | TBD | Matthew Leonard | Spouse | TBD | Solatium |
| 43 | Yolanda Cerda | TBD | TBD | Matthew Leonard | PR | TBD | Solatium/Wrongful Death |
| 44 | Christina Leonard | NY | TBD | Matthew Leonard | Child | TBD | Solatium |
| 45 | Samantha Allen | MA | United States | Samantha Lightbourn-Allen | Child | United States | Solatium |

14

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 46 | Michael Magee | FL | United States | Charles Magee | Sibling | United States | Solatium |
| 47 | Margaret Randazzo-Maloy | CA | United States | Gene Maloy | Spouse | United States | Solatium |
| 48 | Rosalie Marti | NY | United States | Michael Marti | Parent | United States | Solatium |
| 49 | Mario Truglio as Personal Representative of the Estate of Rodger Marti | NY | United States | Michael Marti | Parent (deceased) | United States | Solatium |
| 50 | Mario Truglio | NY | United States | Michael Marti | PR | United States | Solatium/Wrongful Death |
| 51 | Nixia Mena-Alexis | NJ | United States | Diarelia Mena | Sibling | United States | Solatium |
| 52 | Diana Mena | NJ | United States | Diarelia Mena | Parent | United States | Solatium |
| 53 | Nixia Mena-Alexis as Personal Representative of the Estate of Aurelio Mena | NJ | United States | Diarelia Mena | Parent (deceased) | United States | Solatium |
| 54 | Sandra O'Connor Carey | NJ | United States | Keith O'Connor | Spouse | United States | Solatium |
| 55 | Sandra O'Connor Carey | NJ | United States | Keith O'Connor | PR | United States | Solatium/Wrongful Death |
| 56 | Susan O'Connor | NJ | United States | Keith O'Connor | Parent | United States | Solatium |
| 57 | Susan O'Connor, as Personal Representative of the Estate of Francis O'Connor | NJ | United States | Keith O'Connor | Parent | United States | Solatium |
| 58 | Neil Peraza | FL | United States | Robert Peraza | Sibling | United States | Solatium |
| 59 | Neil Peraza | FL | United States | Robert Peraza | PR | United States | Solatium/Wrongful Death |
| 60 | Neil Peraza as Personal Representative of the Estate of Robert D. Peraza | FL | United States | Robert Peraza | Parent (deceased) | United States | Solatium |
| 61 | Lee Gargano | NC | United States | Karen Renda | Sibling | United States | Solatium |
| 62 | Minerva Rosario | NJ | United States | Aida Rosario | PR | United States | Solatium/Wrongful Death |
| 63 | Minerva Rosario as Personal Representative of the Estate of Rodolfo Rosario | NJ | United States | Aida Rosario | Sibling (deceased) | United States | Solatium |
| 64 | Amy Vazquez | TBD | United States | Aida Rosario | Child | United States | Solatium |

15

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 65 | Jasmine DeJesus | NJ | United States | Aida Rosario | Child | United States | Solatium |
| 66 | Farah Frenkel | CA | United States | Rahma Salie | Sibling | Sri Lanka | Solatium |
| 67 | Christina Savas | CT | United States | Anthony Savas | Child | United States | Solatium |
| 68 | David Schlegel | ME | United States | Robert Schlegel | Sibling | United States | Solatium |
| 69 | Richard Schlegel | PA | United States | Robert Schlegel | Sibling | United States | Solatium |
| 70 | Elvin Schlegel | FL | United States | Robert Schlegel | Parent | United States | Solatium |
| 71 | Robert Davenport | MD | United States | Antionette Sherman | Sibling | United States | Solatium |
| 72 | Christopher Charles Clarke | MD | United States | Antionette Sherman | Sibling | United States | Solatium |
| 73 | Jamal Green | MD | United States | Antionette Sherman | Child | United States | Solatium |
| 74 | Perry Sikorsky as Personal Representative of the Estate of George K. Sikorsky | NY | United States | Gregory Sikorsky | Parent (deceased) | United States | Solatium |
| 75 | Perry Sikorsky as Personal Representative of the Estate of Luzia Sikorsky | NY | United States | Gregory Sikorsky | Parent (deceased) | United States | Solatium |
| 76 | Toolsiedai Seepersaud a/k/a Ruby Awan | NY | United States | Khamladai Khami Singh | Parent | United States | Solatium |
| 77 | Toolsiedai Seepersaud a/k/a Ruby Awan | NY | United States | Khamladai Khami Singh | PR | United States | Solatium/Wrongful Death |
| 78 | Toolsiedai Seepersaud a/k/a Ruby Awan as Personal Representative of the Estate of Roshan Ramesh Singh | NY | United States | Khamladai Khami Singh | Sibling (deceased) | United States | Solatium |
| 79 | Toolsiedai Seepersaud a/k/a Ruby Awan | NY | United States | Roshan Ramesh Singh | Parent | United States | Solatium |
| 80 | Toolsiedai Seepersaud a/k/a Ruby Awan | NY | United States | Roshan Ramesh Singh | PR | United States | Solatium/Wrongful Death |

docs-100328881.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 81 | Toolsiedai Seepersaud a/k/a Ruby Awan, as Personal Representative of the Estate of Khamladai Khami Singh | NY | United States | Roshan Ramesh Singh | Sibling (deceased) | United States | Solatium |
| 82 | Leandra Hart | NY | United States | Leon Smith | Child | United States | Solatium |
| 83 | Alex Stone | NY | United States | Lonny Jay Stone | Child | United States | Solatium |
| 84 | Stacey Stone | NY | United States | Lonny Jay Stone | Spouse | United States | Solatium |
| 85 | Stacey Stone | NY | United States | Lonny Jay Stone | PR | United States | Solatium/Wrongful Death |
| 86 | Joshua Stone | NY | United States | Lonny Jay Stone | Child | United States | Solatium |
| 87 | Graeme Sword | TBD | United Kingdom | Derek O. Sword | Sibling | United Kingdom | Solatium |
| 88 | Allan Sword | TBD | United Kingdom | Derek O. Sword | Sibling | United Kingdom | Solatium |
| 89 | Irene Sword | Angus | United Kingdom | Derek O. Sword | Parent | United Kingdom | Solatium |
| 90 | David Sword | Angus | United Kingdom | Derek O. Sword | Parent | United Kingdom | Solatium |
| 91 | Luz Vale | PR | United States | Ivan Vale | Spouse | United States | Solatium |
| 92 | Luz Vale | PR | United States | Ivan Vale | PR | United States | Solatium/Wrongful Death |
| 93 | Clarissa Kirschenbaum as Personal Representative of the Estate of Adolph Wald | NY | United States | Victor Wald | Parent (deceased) | United States | Solatium |
| 94 | Clarissa Kirschenbaum as Personal Representative of the Estate of Fanni Wald | NY | United States | Victor Wald | Parent (deceased) | United States | Solatium |
| 95 | Robert Weingard | NY | United States | Scott Weingard | Sibling | United States | Solatium |
| 96 | Marc Weingard as Personal Representative of the Estate of Bonnie Feldman | NY | United States | Scott Weingard | Parent (deceased) | United States | Solatium |
| 97 | Marc Weingard | NY | United States | Scott Weingard | Sibling | United States | Solatium |
| 98 | Marc Weingard | NY | United States | Scott Weingard | PR | United States | Solatium/Wrongful Death |
| 99 | Denise White | FL | United States | John White | Child | United States | Solatium |

docs-100328881.1

| | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/01 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent[1] | 9/11 Decedent's Citizenship/ Nationality on 9/11/01 | Nature of Claim (wrongful death, solatium, personal injury)[2] |
|---|---|---|---|---|---|---|---|
| 100 | Lillian Zambrana as Personal Representative of the Estate of Edwin Zambrana, Sr. | NY | United States | Edwin Zambrana | Parent (deceased) | United States | Solatium |

18

docs-100328881.1