```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

    TERRORIST ATTACKS ON
    SEPTEMBER 11, 2001

03-MD-01570 (GBD)(SN)

**ORDER**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

This document relates to:

    <u>Estate of O'Neill, et al. v. The Republic of Iraq et al.</u>, No. 04-cv-01076 (GBD)(SN)
    <u>Estate of O'Neill, et al. v. Al Baraka Inv. & Dev. Corp., et al.</u>, No. 04-cv-01923 (GBD)(SN)
    <u>Asaro, et al. v. Islamic Republic of Iran</u>, No. 20-cv-10460 (GBD)(SN)

Plaintiff Jamal Green's motion to (1) dismiss his claims in the above-captioned actions pursuant to Fed. R. Civ. P. 41(a)(2) and (2) vacate his January 4, 2022 judgment against the Islamic Republic of Iran, <u>see</u> ECF No. 7522, pursuant to Fed. R. Civ. P. 60(b)(6) is GRANTED. Mr. Green's claims in the above-captioned actions are dismissed without prejudice; his January 4, 2022 judgment against the Islamic Republic of Iran is vacated; and his pending motion for damages against the Taliban, <u>see</u> ECF No. 8455, is denied. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 10606 in 03-md-01570, ECF No. 839 in 04-cv-01076, ECF No. 923 in 04-cv-01923, and ECF No. 203 in 20-cv-10460.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 12, 2024
                New York, New York